IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN WHEY PROTEIN,

    Plaintiff,

  v.

Case No. 19-cv-667-wmc

ROBERT LAWRENCE,
TODD DUMANSKI,
DR. LAWRENCE LABS, L.L.C. and
NEW HORIZON UTRACEUTICALS, LLC,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Wisconsin Whey Protein against defendants New Horizon Nutraceuticals, LLC, and Robert Lawrence in the amount of $65,844.48 jointly and severally and dismissing this case.

| /s/ J. Friedl, deputy clerk | 6/21/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |