APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

WISCONSIN WHEY PROTEIN,     File Number 19-cv-667-wmc

    Plaintiff,

v.     Notice of Appeal

ROBERT LAWRENCE, TODD DUMANSKI,

DR. LAWRENCE LABS, L.L.C., and NEW

HORIZON NUTRACEUTICALS, LLC,

    Defendants,

Notice is hereby given that Robert Lawrence (defendant) in the above named case, * hereby appeal to the United States Court of Appeals for the Seventh Circuit (from the final judgment entered in this action on the 25th day of March, 2022.

*[signature]*

Robert Lawrence

In *Pro Se*

Address: 5210 Vanderhill Rd,

Torrance CA 90505

* See Rule 3(c) for permissible ways of identifying appellants.